**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

June 28, 2023

Case #: 23-10373
Re: Angelica Larson

## Fees

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/2023 | TAG | Initial meeting with client re: options, questions, has PI claim pending. | 450.00 | 0.50 | 225.00 |
| 01/31/2023 | JR | Intake meeting with client, going over paperwork, assisting with questions on forms and of clients. | 200.00 | 1.10 | 220.00 |
| | JR | Begin preparation of petition, plan and schedules. | 200.00 | 0.40 | 80.00 |
| | JR | Prepared list for client of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 200.00 | 0.20 | 40.00 |
| 02/06/2023 | JR | FU with client re: documents needed to get the case filed. | 200.00 | | 0.00 |
| 02/07/2023 | JR | Emails, call with client re: questions, documents needed to file case. | 200.00 | 0.20 | 40.00 |
| 02/14/2023 | TAG | Contact client re: pw, whether she has additional questions, wants to go ahead at this point (or not). | 450.00 | 0.10 | 45.00 |
| 02/15/2023 | JR | FU with client per atty re: documents, pw. Messaging with client re: documents | 200.00 | | 0.00 |
| 02/23/2023 | JR | Continued work with client re: pw, intake and review of docs, getting filed. | 200.00 | 0.25 | 50.00 |
| 02/24/2023 | TAG | Work on plan, schedules and draft of plan/pmts for review w/ client. Notes to para re: f/u again re: docs, getting images/docs we can use/read, etc. | 450.00 | 0.35 | 157.50 |
| | JR | Work no docs from client, reviewed, cleaned up the images and updated list to client. | 200.00 | 0.40 | 80.00 |
| 02/27/2023 | JR | FU with clients re: questionnaire, questions before meeting with atty. | 200.00 | | 0.00 |
| | TAG | Review of e-petition w/ client prior to filing, went over plan and questions. Notes to para re: e-filing stopping collections, questions on PI claim/appt of atty. | 450.00 | 0.40 | 180.00 |
| 02/28/2023 | JR | Work on case, emergency filing, revised/finalized same. | 200.00 | 0.50 | 100.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | JR | Prepared letter to client re: filing case and approximate plan payment amount. Informed client again that we are still needing:<br>1. Sound Credit Union statement or history for your account ending 3575 for the time period of January 1, 2023 to March 1, 2023<br>2. US Bank statement or history for your account ending 0690 for the time period of January 20, 2023 to March 1, 2023<br>3. WSECU statement or history for your account ending 4048 for the time period of February 24, 2023 through March 1, 2023 | 200.00 | 0.30 | 60.00 |
| | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stayed actions. | 450.00 | 0.25 | 112.50 |
| | JR | Prepared letter to client re: 341 meeting with map and other instructions. | 200.00 | | 0.00 |
| 03/02/2023 | JR | Email with client re: DOF statements & her cell phone | 200.00 | 0.10 | 20.00 |
| 03/06/2023 | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 200.00 | 0.50 | 100.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: American Honda- secured | 450.00 | 0.10 | 45.00 |
| 03/07/2023 | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. | 200.00 | 0.50 | 100.00 |
| | GJ | Review file; review automobile lease; review trustee website; draft Notice of Hearing and Motion to Assume Lease and Declaration of Mailing; draft Proposed Order re same; draft client's Declaration in Support of Motion | 450.00 | 0.60 | 270.00 |
| | TAG | Revise, circulate to client declaration re: lease on vehicle. | 450.00 | 0.25 | 112.50 |
| 03/08/2023 | GJ | Work on file. Finalize Notice of Hearing and Motion to Assume Lease and Declaration of Mailing; Finalize Order and client's Declaration in Support of Motion re same. | 450.00 | 0.30 | 135.00 |
| 03/09/2023 | TAG | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. Notes to atty re: issues, questions. | 450.00 | 1.00 | 450.00 |
| 03/10/2023 | TAG | Work on plan, budget and continuing issues with cooperation, pw. Notes to CB re: same to help since JR is out, getting docs, revisions. | 450.00 | 0.50 | 225.00 |
| 03/13/2023 | CB | Continued work with client on schedules, plan and statements for meeting with atty. Work with JR re: same, completion. | 200.00 | 0.60 | 120.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Accelerated Collection | 450.00 | 0.10 | 45.00 |
| | JR | Work with para re: completion, clients for review meeting with atty. | 200.00 | | 0.00 |
| 03/14/2023 | TAG | Work on case following final work up with paras. Review meeting w/ client re: plan, schedules, completion. | 450.00 | 0.60 | 270.00 |
| | TAG | Revisions, notes to para re: completion following review meeting. | 450.00 | 0.30 | 135.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | GJ | Draft Notice of Hearing, Objection to Claim; Proof of Service and Proposed Order re Accelerated Collection Service | 450.00 | 0.70 | 315.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Discover Bank | 450.00 | 0.10 | 45.00 |
| 03/15/2023 | CB | Work on case to finalize plan, schedules following review with atty. Instructions to JR re: completion letter details. | 200.00 | 0.40 | 80.00 |
| | TAG | Review and approve TIS | 450.00 | 0.20 | 90.00 |
| | JR | Prepare completion letter and send to client with final plan payment amount, and terms of plan. | 200.00 | 0.25 | 50.00 |
| | JR | Prepare and file declaration of mailing. Mail notice to all creditors on the mailing matrix. | 200.00 | | 0.00 |
| | TAG | Review of completion notes. Review/sign initial letters/instructions to clients re: payments, court dates and follow-up items. | 450.00 | 0.10 | 45.00 |
| 03/16/2023 | JR | Emails, calls with client re: questions, plan payments, why a letter says up to 60 months. | 200.00 | 0.30 | 60.00 |
| 03/20/2023 | JR | Review IRS proof of claim. Need 2022 taxes, client knows to provide once done. | 200.00 | 0.10 | 20.00 |
| 03/22/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: WSECU | 450.00 | 0.10 | 45.00 |
| 03/28/2023 | JR | FU with client re: DOF needed | 200.00 | 0.10 | 20.00 |
| 03/29/2023 | GJ | Review file, Review Fee Agreement; draft Motion and Declaration for Order employing Special Counsel ; draft Order re same; draft pi atty Declaration in Support of Employment email pi atty's office with instructions. | 450.00 | 0.50 | 225.00 |
| 04/05/2023 | JR | Reviewed letter from Honda, email to client re: March payment on the lease vehicle is not paid. | 200.00 | 0.20 | 40.00 |
| 04/06/2023 | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Assume Lease. | 145.00 | 0.10 | 14.50 |
| | GJ | Review file; email follow up to pi atty assistant re getting pi atty Declaration signed and returned | 450.00 | 0.20 | 90.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: US Bank | 450.00 | 0.10 | 45.00 |
| 04/10/2023 | GJ | Review file; review trustee website; prepare 341 Report. | 450.00 | 0.50 | 225.00 |
| 04/11/2023 | TAG | Meeting with client re: upcoming hearing, questions and issues. Review of 341 report, file and issues prior to meeting. Notes to file, staff re: file prep and f/u items. Discussed new job, claim, etc. | 450.00 | 0.35 | 157.50 |
| | CB | Work on case, prep and documents for 341 meeting. Follow up on TIS documents to trustee. | 200.00 | 0.25 | 50.00 |

| | | | | | |
|---|---|---|---|---|---|
| Angelica Larson | | | Statement Date: | | 06/28/2023 |
| Account No. | 3040.00 | | Statement No. | | 27932 |
| | | | Page No. | | 4 |

| Rate | Hours |
|---|---|

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/12/2023 | TAG | Appear and represent client at 341 meeting of creditors. One case on docket. | 450.00 | 0.35 | 157.50 |
| | TAG | Notes to file re: 341 meeting, next steps for confirmation. | 450.00 | 0.25 | 112.50 |
| 04/13/2023 | GJ | Review file; 2nd follow up email to pi atty office on obtaining Declaration from pi atty | 450.00 | 0.20 | 90.00 |
| 04/14/2023 | SH | Prepared and filed address change with court. Updated client label and TABS. | 145.00 | | 0.00 |
| | GJ | Review executed Declaration; finalize pleadings; email 13 office requesting sign off on Order re Special Counsel | 450.00 | 0.20 | 90.00 |
| 04/17/2023 | TAG | Review of case and respond to client questions on pmts, job, etc. | 450.00 | 0.20 | 90.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Capital One | 450.00 | 0.10 | 45.00 |
| 04/20/2023 | GJ | Email follow up to 13 office requesting sign off on Order re Special Counsel | 450.00 | 0.10 | 45.00 |
| 04/21/2023 | GJ | Review Order re Special Counsel; email pi atty's office re same | 450.00 | 0.25 | 112.50 |
| 05/01/2023 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Quantum 3 | 450.00 | 0.10 | 45.00 |
| 05/03/2023 | JR | Contacted client re: 2022 taxes and her refund. Advised I need the full signed 2022 taxes, that a refund cannot be given until the claim is amended. | 200.00 | 0.20 | 40.00 |
| | JR | Reviewed signed 2022 taxes fwd to Mary at the IRS, also requesting the release of her refund. | 200.00 | 0.20 | 40.00 |
| | JR | Reviewed the Trustee's motion to dismiss and objection to confirmation. Reviewed Trustee site, email to Trustee re: amended IRS claim should be filed shortly, but confirmation needs to be set over due to the filing fee. | 200.00 | 0.30 | 60.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Citibank | 450.00 | 0.10 | 45.00 |
| 05/04/2023 | JR | Letter from Honda, April payment on the leased vehicle not made. Email to client. | 200.00 | 0.10 | 20.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Nordstrom | 450.00 | 0.10 | 45.00 |
| 05/05/2023 | JR | Review amended IRS proof of claim. All taxes show filed now. | 200.00 | | 0.00 |
| 05/10/2023 | GJ | Review file. Evaluate feasibility of plan after passage of bar date; prepare feasibility report. | 450.00 | 0.25 | 112.50 |

|  |  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|---|
| 05/11/2023 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items. | | 450.00 | | 0.00 |
| 05/18/2023 | JR | Worked on confirmation issues, email with client. | | 200.00 | 0.20 | 40.00 |
| 05/22/2023 | JR | Set up monthly plan payments through TFS, starting June. Ran a one time payment to cure arrears through May. Confirmation email to client. | | 200.00 | 0.30 | 60.00 |
| 05/31/2023 | JR | Work on confirmation issues. Contact client again re: pmts. Prepared response to Trustee dismissal. | | 200.00 | 0.50 | 100.00 |
| | TAG | Review of case. Revise, finalize response to Trustee MTD. | | 450.00 | 0.25 | 112.50 |
| 06/12/2023 | SH | Prepared letter to client re: case being confirmed, next steps and advised client to get financial management course completed. | | 145.00 | | 0.00 |
| 06/26/2023 | CB | Prepare fee itemization from beginning of case to date. Forward Motion to TAG for review. | | 200.00 | 0.90 | 180.00 |
| 06/28/2023 | TAG | Review Motion for Original Approval of Professional Fees. Finalize and return to CB for filing w/ the court. | | 450.00 | 0.40 | 180.00 |
| | | For Current Services Rendered | | | 20.50 | 6,857.00 |

Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Senior Attorney -TAG | 6.35 | $450.00 | $2,857.50 |
| Of Counsel - GJ | 4.70 | 450.00 | 2,115.00 |
| Sr. Paralegal | 9.35 | 200.00 | 1,870.00 |
| Jr. Paralegal | 0.10 | 145.00 | 14.50 |

Expenses

| 03/15/2023 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 46 units. | 28.98 |
|---|---|---|
| 03/15/2023 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 46 units. | 18.40 |
| 06/28/2023 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 52 units. | 10.40 |
| 06/28/2023 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 52 units. | 32.76 |
| | Total Expenses | 90.54 |
| | Total Current Work | 6,947.54 |
| | Balance Due | $6,947.54 |